UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MODESTO ALMONTE, *et al.*,
       Plaintiffs,

-v-

JAM MAINTENANCE, LLC, *et al.*,
       Defendants.

22-CV-1820 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  Defendants 1165 Gerard Realty LLC; 1170 Gerard Realty LLC; Beauty Realty LLC; JAM Maintenance LLC; Prospect 200 Realty LLC; and Sagamore Realty LLC were served on April 22, 2022, but no response to the complaint has been filed in the allotted time. Plaintiffs have not moved for a default judgment against any defendant.

  Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or its counsel regarding a response to the complaint. If Plaintiff fails by September 1, 2022, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against the served Defendants, the action may be dismissed for failure to prosecute.

  SO ORDERED.

Dated: August 18, 2022
   New York, New York

_____
J. PAUL OETKEN
United States District Judge