P7261027

MODESTO ALMONTE, ETAL
PLAINTIFF
- vs -
JAM MAINTENANCE LLC, ETAL
DEFENDANT

U S DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
Docket No. 1:22-cv-01820-JPO

**Person to be Served**
DIEGO RAMIREZ
265 RARITAN ST
SOUTH AMBOY NJ 08879

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** SUMMONS AND COMPLAINT
**Service Data:**
Served Successfully **X**  Not Served _____  Date: 09/08/2022  Time: 7:16PM  Attempts: _____

___ Delivered a copy to him/her personally

**X** Left a copy with a competent household member of over 14 years of age residing therein.

___ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

Clara Ramirez

WIFE

**Description of Person Accepting Service:**
SEX: **FEMALE**   COLOR: **BROWN**   HAIR: **BLACK**   APP.AGE: **56**   APP. HT: **5'2**   APP. WT: **145**
OTHER: **NOT IN MILITARY**

**Comments Or Remarks:** 09/13/2022 Postal Tracer sent for verification.

Sworn to before me this
13TH day of SEPTEMBER, 2022

TINA GIORDANO
Notary Public, State of New Jersey
No. 2426940
Qualified in
Commission Expires 01/17/2023

I, RICARDO GONCALVES, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server                     Date

Client File Number:

Lexitas
219 South Street, STE 102
New Providence, NJ 07974
908-897-0273
PECHMAN LAW GROUP, PLLC