USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/8/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MODESTO ALMONTE, *et al.*,

    Plaintiffs,

-against-

JAM MAINTENANCE LLC, *et al.*,

    Defendant.

22-CV-1820 (JPO) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

    This action has been referred to the undersigned Magistrate Judge for general pretrial management and settlement. (Dkt. 107.) All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

    The Court notes that on February 9, 2024, the District Judge directed the parties to "submit a joint status letter by March 6, 2024." (Dkt. 104.) However, on March 5 and 6, 2024, the parties filed three separate status letters. (Dkts. 105, 106, 108.). All are hereby STRICKEN. No later than **March 12, 2024**, the parties shall submit a *joint* status letter, as previously ordered, updating the Court as to the progress of discovery and the prospects for settlement. In particular, the Court would appreciate knowing, first, whether a continued mediation session is or is not scheduled for April 5, 2024 (this is not the sort of fact the Court would expect counsel to disagree on) and, second, whether defendants are or are not willing to produce financial documents, in advance of that session, for settlement purposes only (something this Court routinely requires if a defendant's settlement position rests in part on a claim of strained financial circumstances).

Upon receipt of the joint letter, this Court will either schedule a conference or make a ruling.

The Clerk of Court is respectfully directed to strike the letters at Dkts. 105, 106, and 108.

Dated: New York, New York  　　　SO ORDERED.
　　　　March 8, 2024

_____
**BARBARA MOSES**
**United States Magistrate Judge**