# LAW OFFICE OF DAVID BINSON

*Attorney and Counselor at Law*

1060 Quentin Place
Woodmere, NY 11598
Tel: (917) 386-3071
Fax: (212) 257-7032
Email: dbinson@binsonlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2024
```

**MEMO ENDORSED**

April 19, 2024

**Sent Via ECF:**

Honorable Judge Barbara Moses
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

**Re: Almonte, et al. v. JAM Maintenance, LLC, et al.
Case No. 22-cv-01820-JPO**

Honorable Judge Moses:

I represent Defendants 1165 Gerard Realty LLC, 1170 Gerard Realty LLC, Beauty Realty LLC, Sagamore Realty LLC, Prospect 2000 Realty LLC (the "LLC Defendants"), Robert Kaszovitz and Akiva Kaszovitz (the "Individual Defendants"), (together, the "Building Defendants") in connection with the above referenced action. I respectfully request an adjournment of the April 24, 2024 conference since I will be observing the second day of Passover and my office will be closed. This is the first request to adjourn this conference. It is further respectfully requested that the conference be adjourned to May 1 or May 8. Counsel for Plaintiff and Co-Defendants have graciously consented to this request.

Thank you in advance for your kind consideration in this matter.

Very truly yours,

**/S/ DAVID BINSON**
David Binson, Esq.

---

Application GRANTED. The conference previously scheduled for April 24, 2024 is hereby ADJOURNED to **May 8, 2024, at 11:00 a.m.** SO ORDERED.

Barbara Moses
United States Magistrate Judge
April 19, 2024