```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MODESTO ALMONTE, et al.,

        Plaintiffs,

-against-

JAM MAINTENANCE LLC, et al.,

        Defendants.

22-CV-1820 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Judge Moses will conduct a conference on **July 17, 2024, 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. **<u>This is an in person proceeding.</u>** At the conference, the parties should be prepared to address the pending withdrawal request by counsel for defendants JAM Maintenance LLC (JAM) and Diego Ramirez (Dkt. 122), as well as related scheduling issues. If JAM and Ramirez object to their attorney's withdrawal, they must attend the July 17 conference (Ramirez, in person; and JAM, through an authorized officer of the company).

    Attorney Khan is directed to promptly serve copies of this Order upon defendants JAM and Ramirez, and file proof of service on ECF.

Dated: New York, New York
       July 9, 2024

SO ORDERED.

_____
**BARBARA MOSES**
United States Magistrate Judge