```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MODESTO ALMONTE, et al.,

        Plaintiffs,

-against-

JAM MAINTENANCE LLC, et al.,

        Defendants.

22-CV-1820 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed plaintiffs' letter motion seeking an order compelling the Building Defendants to verify their interrogatory responses and respond to plaintiffs' document requests. (Dkt. 136.) Plaintiffs' motion is both meritorious and unopposed.

It is hereby ORDERED that no later than **September 20, 2024**, the Building Defendants must (i) verify their interrogatory responses, and (ii) serve supplemental responses to Document Requests 3 and 4, and (except to the extent objections have been interposed) produce all non-privileged responsive documpents.

It is further ORDERED that fact depositions shall be completed no later than **October 21, 2024**. All remaining discovery shall be completed no later than **November 25, 2024**.

The Clerk of Court is respectfully directed to close the motion at Dkt. 136.

Dated: New York, New York
       September 13, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**