USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MODESTO ALMONTE, et al.,

        Plaintiffs,

-against-

JAM MAINTENANCE LLC, et al.,

        Defendants.

22-CV-1820 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed on the record during today's status conference, if by **December 30, 2024**, the JAM Defendants have failed to appear and defend in this action, plaintiffs shall on that date apply either (i) to dismiss the JAM Defendants, or (ii) for a certificate of default against them.

    The Court reiterates that it is extremely unlikely that the Court will extend the December 30, 2024 deadline for depositions. The parties should plan their discovery schedule accordingly.

Dated: New York, New York
       October 9, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**