# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

10 de noviembre del 2021

**CONFIDENCIAL Y PRIVILEGIADO**
**COMUNICACION DE ABOGADO-CLIENTE**

Modesto Almonte

Re: Contrato Para Retener Representación Legal

Estimado Sr: Almonte:

Usted ha solicitado que Pechman Law Group PLLC (el "Bufete") le represente en conexión con sus reclamos de pago en contra de su ex patrón Jam Maintenance LLC. d/b/a Jam Maintenance, Diego Ramirez, y cualquier otra persona o entidad relacionada ("Jam Maintenance"). Dependiendo en los resultados de una investigación, el Bufete lo representará sujeto a los términos descritos en este contrato.

Usted da al Bufete el derecho exclusivo de negociar informalmente con Jam Maintenance para intentar de resolver sus reclamos sin empezar una demanda en corte. Usted también otorga al Bufete la discreción y el derecho exclusivo de litigar su reclamo y radicar una demanda en el Tribunal del Distrito de los Estados Unidos del Distrito Este de Nueva York o en la Corte Suprema del Estado de Nueva York, Condado de New York. En todos casos, tomaremos cualquier acción determinemos sea apropiada, consistente con nuestro conocimiento de la ley, y después de consultar con usted, para así mejor representar sus intereses como usted nos los ha descrito. Aunque utilizaremos nuestros esfuerzos más diligentes para representarlo en este caso, no podemos garantizar ni predecir el resultado final. Este contrato **no** cubre peticiones o litigios en cortes apelativas.

Usted reconoce y acepta que su reclamo puede ser litigado por el Bufete junto con el litigio de reclamos de otros empleados actuales o anteriores de Jam Maintenance. En estos casos, usted reconoce y acepta que la información recibida de un cliente se divulgará a los otros clientes en la representación, y la información obtenida por la Bufete se divulgará a todos los clientes en la representación por igual. También comprende que el Bufete se reserva el derecho de retirarse de la representación si el Bufete concluye que existe un conflicto de intereses entre los clientes y / o el Bufete.

Modesto Almonte
10 de noviembre del 2021
Página 2

Usted ha sido ofrecido la opción de retener nuestros servicios a nuestra taza por hora cobrada en litigios reclamando el pago de horas, pero usted ha pedido que el cobro de retención legal sea estructurado como una tarifa de contingencia. La tarifa de contingencia será calculada de la siguiente manera:

1. *Tarifa de Contingencia* – En el hecho que sus reclamos sean resueltos por un acuerdo entre usted y Jam Maintenance, o si el caso es completamente litigado y resulta en un juicio a su favor, usted se compromete a pagarle al Bufete, a causa de los servicios legales prestados, una tercera parte (i.e. 33.33%) del dinero recuperado en bruto agregado, incluyendo costos con impuestos, intereses acumulados antes de la decisión, y tarifas otorgadas a los abogados. Este porcentaje será computado basado en la cantidad neta recuperada luego de restarle a la cantidad en bruto cualquier gasto o desembolso de "bolsillo," incluyendo, pero no limitado a los costos de servir y fichar papeles, fotocopias, franqueo, transcripciones de deposiciones y procesos judiciales, viaje y transporte, tarifas de mensajeros, testimonio de expertos, y cualquier otro servicio que sea debidamente cobrable debido a la ejecución de los reclamos o litigio de la acción.

2. *Tarifa Establecida Por Ley* – Usted autoriza al Bufete a buscar una recompensa de tarifa de abogados en contra de Jam Maintenance por el valor completo de los servicios legales prestados. En el hecho de que esta recompensa sea otorgada, las tarifas pagadas al Bufete serán cualquiera sea la mayor de (i) la cantidad completa de las tarifas de abogado otorgadas por la corte y pagadas por Jam Maintenance, o, (ii) las tarifas merecidas de acuerdo a la tarifa de contingencia descrita en el Párrafo 1.

3. *Acuerdo Sin Permiso* – Si usted llega a un acuerdo sobre su reclamo sin la autorización de el Bufete, usted se compromete a pagarle al Bufete la tarifa de contingencia descrita en el Párrafo 1, basada en la cantidad completa que se recupere a su beneficio, a cualquiera que se le pague o como quiera se llame. El Bufete tendrá, como alternativa, la opción de buscar recompensa a base de la doctrina *quantum meruit*, lo cual será determinado por la corte. En estas circunstancias, la corte determinaría el valor de los servicios prestados y el Bufete tendrá, en adición, sus costos con impuestos, pagos, y tarifas de abogado.

4. Si surgiese una disputa entre nosotros sobre el pago de tarifas, usted podría tener el derecho de someter la disputa al proceso de arbitraje, bajo el Programa de Resolución de Disputas de Tarifas del Estado de Nueva York.

5. *Retención de Documentos* – Hasta la conclusion de este caso, usted debe preservar y archivar todos los documentos y registros electrónicos o archivos en su posesión o control que estén relacionados con su empleo en cualquier manera. Estos registros electrónicos incluyen, pero no están limitados a, documentos en formato de papel al igual que información electrónica guardada en computadoras de trabajo o uso personal, laptops, PDAs, unidades USB ("thumbdrives"), teléfonos celulares, archivos, discos duros ("hard drives"), CDs, DVDs, mensajes de voz ("voicemail"), video, paginas del internet, cuentas de correo electrónico, diarios en linea ("blogs"), o otro archivo de medios de comunicación.

Modesto Almonte
10 de noviembre del 2021
Página 3

      Si está de acuerdo con estos términos, por favor firme el original de este contrato y devuélvamelo.

      Le agradecemos que haya encomendado este caso a nuestro Bufete y anhelamos trabajar con usted.

      Sinceramente,

      PECHMAN LAW GROUP PLLC

      Por: ___*s/ Louis Pechman*_____
            Louis Pechman

Aceptado y Acordado:

___[signature]_____
Modesto Almonte

Fecha: 11 / 10 / 2021

# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

November 10, 2021

**CONFIDENTIAL AND PRIVILEGED**
**ATTORNEY-CLIENT COMMUNICATION**

Modesto Almonte

Re: Contract to Retain Legal Representation

Dear Mr. Almonte:

You have requested that Pechman Law Group PLLC (the "Firm") represent you in connection with your claims for payment against your former employer Jam Maintenance LLC. d/b/a Jam Maintenance, Diego Ramirez, and any other related person or entity ("Jam Maintenance"). Depending on the results of an investigation, the Firm will represent you subject to the terms outlined in this agreement.

You grant the Firm the exclusive right to negotiate informally with Jam Maintenance to attempt to resolve your claims without filing a lawsuit in court. You also grant the Firm the discretion and exclusive right to litigate your claim and file suit in the United States District Court for the Eastern District of New York or in the Supreme Court of the State of New York, County of New York. In all cases, we will take whatever action we determine to be appropriate, consistent with our knowledge of the law, and after consultation with you, to best represent your interests as you have described them to us. Although we will use our best efforts to represent you in this case, we cannot guarantee or predict the final outcome. This agreement **does not** cover motions or litigation in appellate courts.

You acknowledge and agree that your claim may be litigated by the Firm in conjunction with the litigation of claims of other current or former employees of Jam Maintenance. In these cases, you acknowledge and agree that information received from one client will be disclosed to the other clients in the representation, and information obtained by the Firm will be disclosed to all clients in the representation equally. You also understand that the Firm reserves the right to withdraw from the representation if the Firm concludes that a conflict of interest exists between the clients and/or the Firm.

You have been offered the option to retain our services at our hourly rate charged in litigation seeking payment for hours, but you have requested that the legal retainer be structured as a contingency fee. The contingency fee will be calculated as follows:

Modesto Almonte
November 10, 2021
Page 2

     1.    *Contingency Fee* – In the event that your claims are resolved by agreement between you and Jam Maintenance, or if the case is fully litigated and results in a judgment in your favor, you agree to pay the Firm, for legal services rendered, one-third (i.e. 33.33%) of the aggregate gross recovery, including costs with taxes, interest accrued prior to judgment, and attorneys' fees. This percentage will be computed based on the net amount recovered after subtracting from the gross amount any "out-of-pocket" expenses or disbursements, including, but not limited to, the costs of serving and filing papers, photocopying, postage, transcripts of depositions and court proceedings, travel and transportation, courier fees, expert testimony, and any other services that are properly chargeable due to the enforcement of the claims or litigation of the action.

     2.    *Statutory Fee* – You authorize the Firm to seek an award of attorneys' fees against Jam Maintenance for the full value of the legal services rendered. In the event that such award is granted, the fees paid to the Firm will be the greater of (i) the full amount of attorneys' fees awarded by the court and paid by Jam Maintenance, or, (ii) the fees awarded pursuant to the contingency fee described in Paragraph 1.

     3.    *Settlement Without Permission* – If you settle your claim without the Firm's permission, you agree to pay the Firm the contingency fee described in Paragraph 1, based on the full amount recovered for you, whoever is paid, or whatever it is called. The Firm will, as an alternative, have the option of seeking relief based on the *quantum meruit doctrine* , which will be determined by the court. In these circumstances, the court would determine the value of the services rendered and the Firm would, in addition, bear its costs with taxes, payments, and attorney fees.

     4.    If a dispute arises between us regarding the payment of fees, you may have the right to submit the dispute to arbitration under the New York State Fee Dispute Resolution Program.

     5.    *Retention of Documents* – Until the conclusion of this case, you must preserve and archive All electronic documents and records or files in his possession or control that is related to your employment in any way. These electronic records include, but are not limited to, documents in paper format as well as information electronics saved in work or personal computers, laptops, PDAs, USB drives ("thumbdrives" ), phones cell phones, files , hard drives, CDs, DVDs, voicemail, video, web pages, email accounts electronic, newspapers in line ("blogs"), or other media archive .

     If you agree to these terms, please sign the original of this contract and return it to me.

Modesto Almonte
November 10, 2021
Page 3

  We appreciate you entrusting this case to our firm and we look forward to working with you.

                Sincerely,

                PECHMAN LAW GROUP PLLC

                By: ___*s/ Louis Pechman*_____
                   Louis Pechman

Accepted and Agreed:

_____
Modesto Almonte

Date:_____