```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/12/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MODESTO ALMONTE, et al.,

        Plaintiffs,

-against-

JAM MAINTENANCE LLC, et al.,

        Defendants.

22-CV-1820 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the joint letter filed by plaintiffs and the Building Defendants on December 10, 2024. (Dkt. 146.) The Court has also received and reviewed the Declaration of Gianfranco J. Cuadra (Dkt 147), which attaches the parties' fully-executed Settlement Agreement (Sett. Ag.) (Dkt. 147-1). Having carefully reviewed the financial and non-financial terms of the Settlement Agreement, the Court finds that they are fair and reasonable as required by *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). Accordingly, the proposed Settlement Agreement is APPROVED.

    Plaintiffs have agreed to dismiss their claims against all defendants, including JAM Maintenance LLC and Diego Ramirez, pursuant to Fed. R. Civ. P. 41(a)(2), with prejudice. *See* Sett. Ag. ¶ 2(a); *id.* Ex. 3 (Dkt. 147-1 ECF pp. 24-25) (proposed stipulation of dismissal with prejudice). Accordingly, this action is DISMISSED WITH PREJUDICE.

    At the parties' request, *see* Sett. Ag. ¶ 1(e)(i), the Court will retain jurisdiction for the limited purpose of enforcing the Settlement Agreement. The Clerk of Court is respectfully directed to close the case.

Dated: New York, New York
       December 12, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**